**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WILLIAM BAKER** **PLAINTIFF**

**V.** **Case No. 4:25-CV-00436-JM-BBM**

**FRANK BISIGNANO, Commissioner,**
**Social Security Administration** **DEFENDANT**

# ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment is entered for the Defendant.

DATED this 31st day of August, 2026.

UNITED STATES DISTRICT JUDGE