**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WILLIAM BAKER** **PLAINTIFF**

**V.** **Case No. 4:25-CV-00436-JM-BBM**

**FRANK BISIGNANO, Commissioner,**
**Social Security Administration** **DEFENDANT**

# JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered for the Defendant.

DATED this 31st day of August, 2026.

UNITED STATES DISTRICT JUDGE